```
FILED          ____ RECEIVED
____ ENTERED   ____ SERVED ON
               COUNSEL/PARTIES OF RECORD

      AUG 2 3 2013

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  William Breck, Esq., an individual,
   in proper person; Mailing Address:
2  748 S. Meadows Pkwy #A9-257
   Reno, NV 89521
3  Msg: 775-331-2482
   Cell: 775-722-7940
4  Fax: 775-420-3642
   Em:  Bill@TPILaw.ORG
5  as Plaintiff, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| William Breck, an Individual, pro se,<br>Plaintiff<br>vs.<br>Roger Doyle, an individual;<br>Janeen Isaacson, an individual;<br>David Clark, an individual;<br>Patrick King, an individual;<br>Glenn Machado, an individual;<br>J. Thomas Susich, an individual;<br>Laura Peters, an individual;<br>Kimberly Farmer, an individual;<br>Kathleen Breckenridge, an individual;<br>Caren Jenkins, an individual;<br>Mikyla Miller, an individual;<br>Monica Caffaratti, an individual;<br>Don Beury, an individual;<br>Yvette Chevalier, an individual;<br>Bryan Hunt, an individual;<br>Carol Hummel, an individual;<br>The State Bar of Nevada, an "agency" of the government of the State of Nevada in the judicial branch of the State government;<br>The State of Nevada, ex rel the Supreme Court of the State of Nevada; &<br>Unnamed Doe Defendants 1 through 100;<br>Defendants | Case No.: **3:12-cv-00649-MMD-VPC**<br><br><br><br><br><br><br><br><br><br>**NOTICE THAT EXHIBITS IN SUPPORT OF THE COMPLAINT HAVE BEEN MANUALLY FILED WITH THE CLERK OF THE COURT** |

NOTICE THAT EXHIBITS IN SUPPORT OF THE COMPLAINT HAVE

BEEN MANUALLY FILED WITH THE CLERK OF THE COURT

BRECK VS. DOYLE, ET AL. – 3:12-cv-00649-MMD-VPC – NOTICE THAT EXHIBITS IN SUPPORT
OF THE COMPLAINT HAVE BEEN MANUALLY FILED WITH THE CLERK OF THE COURT - Page 1

1 **Pursuant to NRS §239B.030(4)**: The undersigned hereby AFFIRMS that this document does not

2 contain the social security number of any person.

3 Respectfully submitted this 22nd day of August, 2013 - By:_____
William Breck, Esq., in Pro Per
4 Mail: 748 S. Meadows Pkwy #A9-257
Reno, NV 89521
5 Msg: 775-331-2482   Cell: 775-722-7940
Fax:  775-420-3642   Em: bill@tpilaw.org